UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE VERIZON EMPLOYEE
BENEFITS COMMITTEE,
                    Plaintiff,

-v-

PARTHENA NIKOLAROS *et al.*,
                    Defendants.

23-CV-1879 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case is hereby transferred to the Eastern District of New York, for the reasons addressed in this Court's order of March 8, 2023. *See* ECF No. 11. Plaintiff consents to this transfer. *See* ECF No. 12.

    The Clerk of Court is respectfully requested to transfer this case to the Eastern District of New York without delay.

    SO ORDERED.

Dated: March 15, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge