Law Offices of

# MICHAEL J. ALBER, ESQ.

21 Walt Whitman Road, Huntington Station, NY 11746

Telephone: 631-333-1600 Facsimile: 631-333-1670

www.alberlegal.com

November 2, 2023

***By ECF***

Hon. Rachel P. Kovner
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: The Verizon Employee Benefits Committee v. Parthena Nikolaros, Athina Nikolaros in her capacity as the person representative of the Estate of Nick Nikolaros, and Georgia Nikolaros
Case No. 1:23-cv-01982-RPK-PK

Dear Judge Kovner:

This office represents the defendants Parthena Nikolaros and Athina Nikolaros in her capacity as representative of the estate of the deceased, Nick Nikolaros.

Pursuant to Individual Rule No. IV.A, this letter requests a pre-motion conference and is written ***jointly*** with Rudof Karvay, Esq., who represents the other defendant, Georgia Nikolaros.

This interpleader action involves pension benefits of Nick Nikolaros, which are believed to be in excess of $400,000 and are being held by the interpleading plaintiff, The Verizon Employee Benefits Committee.

The "Joint Status Report" of all the parties dated October 6, 2023 (ECF Doc. No. 34) advises that "the parties certify that all discovery is completed and that dispositive motions are anticipated."

Mr. Karvay and I request a pre-motion conference in anticipation of each of us filing motions for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure for the Court to determine who among the defendants is entitled to these pension benefits.

The attorney for the interpleading plaintiff (James Holihan, Esq.) has advised that he does not anticipate filing a motion for summary judgment.

Because Mr. Karvay and I jointly seek a pre-motion conference, we have taken the liberty to not include a Rule 56.1 statement that is otherwise required by Your Honor's Rule IV(A)(2).

Thus, the defendants, by their respective attorneys, jointly request a pre-motion conference for leave to file cross-motions for summary judgment regarding which of them is entitled to the pension benefits of the deceased, Nick Nikolaros.

Respectfully submitted,

Kenneth C. Brown
*(Counsel for Defendants, Parthena Nikolaros and Athina Nikolaros in her capacity as the person representative of the Estate of Nick Nikolaros)*

Rudolf Karvay
*(Counsel for Defendant, Georgia Nikolaros)*

cc: James P. Hollihan, Esq. (*via ECF*)